# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **K.H., *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 19-cv-03124**<br>**Consolidated with No. 20-cv-00753**<br>**No. 21-cv-00512**<br>**No. 21-cv-00663**<br>**No. 21-cv-00670**<br>**No. 21-cv-00671**<br>**No. 24-cv-02206**<br>**No. 24-cv-02207** |

## PLAINTIFFS' SECOND SUPPLEMENT TO INITIAL DISCLOSURES

Plaintiffs, by and through undersigned counsel, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, hereby provide the following supplement (the "Second Supplement") to the original disclosures served on their behalf on May 18, 2023 and January 17, 2025 (together, the "Original Disclosures"), and the supplemental disclosures served on behalf of J.R. and Y.A.L. in this action on March 11, 2025 (the "Supplement"). Plaintiffs make this Second Supplement based on the information reasonably available to them at the current time and reserve all rights to clarify, alter, amend, modify, or supplement the Original Disclosures, the Supplement, and this Second Supplement if and when additional information becomes available to the extent permitted or required by the Federal Rules of Civil Procedure and this Court's Local Rules.

## RESERVATION OF RIGHTS

This Second Supplement is not intended to, and does not, constitute an admission as to the relevance or admissibility of the information disclosed herein, and it is made without any waiver of attorney-client privilege, work-product protection, or any other applicable privilege, protection, or immunity. Furthermore, this Second Supplement is made without in any way waiving

(1) Plaintiffs' right to object on the grounds of competency, privilege, relevancy, hearsay, or any other proper ground, (2) Plaintiffs' right to object to the use of any information disclosed for any purpose, in whole or in part, in any subsequent proceeding in this action or in any other action, or (3) Plaintiffs' right to object on any and all proper grounds to any discovery request or proceeding involving or relating to the subject matter of these disclosures consistent with the Federal Rules of Civil Procedure and this Court's Local Rules.

Subject to the foregoing reservation of rights and based upon information reasonably available to Plaintiffs at the present time, Plaintiffs identify the following additional individuals as persons likely to have discoverable information that they may use to support their claims or defenses, unless such use is solely for impeachment:

| Name and Contact Information | Title | Subject Matter |
|---|---|---|
| Christian Greene<br>c/o Douglas Hartnett, Esq.<br>Elitok & Hartnett PLLC<br>1101 30th St., NW<br>Suite 500<br>Washington, D.C. 20007<br>(202) 965-0529 | Clinical Social Worker; former CFSA ombudsperson and social worker | Allegations in the Complaints, particularly with respect to CFSA policies, procedures, and practices. |

Plaintiffs reserve the right to seek discovery from, and relating to, other persons who may subsequently become known as persons likely to have discoverable information relevant to the disputed facts. Plaintiffs reserve the right to modify the foregoing list and to designate and/or call further witnesses at trial, including witnesses designated by Defendants in their initial disclosures or called by Defendants at trial.

Dated: February 27, 2026

Respectfully submitted,

*/s/ Matt Corriel*
Matt Corriel (N.Y. Bar No. 5219670)

*Admitted to the DC District Court*
*(BAR ID NY0599)*
ROPES & GRAY LLP
1121 6th Avenue
New York, NY 10036
Telephone: (212) 596 9502
Facsimile: (646) 728 6250
matt.corriel@ropesgray.com

Chong Park (D.C. Bar No. 463050)
ROPES & GRAY LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
chong.park@ropesgray.com

Marla Spindel (D.C. Bar No. 443306)
Stephanie McClellan (D.C. Bar No. 485658)
DC KinCare Alliance
1101 Connecticut Avenue, NW, Suite 450
Washington, DC 20006
marla@dckincare.org
stephanie@dckincare.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, a copy of Plaintiffs' Second Supplement to Initial Disclosures was served by electronic mail, by consent per Fed. R. Civ. P. 5(b)(2)(E), on:

MATEYA KELLEY [888219451]
GREGORY KETCHAM-COLWILL [1632660]
AMANDA PESCOVITZ [1735780]
Office of the Attorney General
400 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 724-7854
Facsimile: (202) 730-1470
mateya.kelley@dc.gov
gregory.ketcham-colwill@dc.gov
amanda.pescovitz@dc.gov

By: /s/ *Matt Corriel*

Matt Corriel (N.Y. Bar No. 5219670)
*Admitted to the DC District Court*
*(BAR ID NY0599)*
*Counsel for Plaintiffs*